**LAMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516.826.6500
Gary F. Herbst, Esq.
David A. Blansky, Esq.
Wendy J. Rothstein, Esq.
*Attorneys for Gregory Messer, as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

LEE ALEXANDER BRESSLER,

                          Debtor.
----------------------------------------------------------x
GREGORY MESSER, ESQ., as Chapter 7
Trustee of Lee Alexander Bressler,

                          Plaintiff,
     -against-

CARLYN McCAFFREY, solely as TRUSTEE OF
THE JANE C. BRESSLER 2014 REVOCABLE
TRUST, THE JANE C. BRESSLER 2014
REVOCABLE TRUST, LEE BRESSLER
and SCOTT BRESSLER,

                          Defendants.
----------------------------------------------------------x

Chapter 7
Case No. 18-13098-MG

Adv Pro. No. 21-01095-MG

## STIPULATION OF DISCONTINUANCE

Gregory Messer, as Chapter 7 Trustee ("Trustee" or "Plaintiff") of Lee Alexander Bressler

("Debtor"), and the Defendants herein, hereby stipulate and agree that the above-captioned adversary

proceeding is discontinued with prejudice and without costs to either party as against each other. The

Stipulation may be filed without further notice with the Clerk of the Court.

1

Dated: March 23, 2022

**LaMonica Herbst & Maniscalco, LLP**
*Attorneys for Gregory Messer, as Chapter 7 Trustee of Lee Alexander Bressler*


By:     *s/David A. Blansky*
        David A. Blansky, Esq.
        3305 Jerusalem Avenue
        Wantagh, New York 11793
        Tel. (516) 826-6500



**SilvermanAcampora llp**
*Attorneys for Lee Bressler*



By:     *s/Ronald J. Friedman*
        Ronald J. Friedman, Esq.
        100 Jericho Quadrangle, Suite 300
        Jericho, New York 11753
        Tel. (516) 479-6372

Dated: March 22, 2022

**ALSTON & BIRD LLP**
*Attorneys for Scott Bressler*


By:     *s/James Vincequerra*
        Gerard S. Catalanello, Esq.
        James J. Vincequerra, Esq.
        90 Park Avenue, 15th Floor
        New York, New York 10016
        Tel. (212) 210-9400



Dated: March 18, 2022
**FARRELL FRITZ, P.C.**
*Attorneys for Carlyn McCaffrey, solely as Trustee of The Jane C. Bressler 2014 Revocable Trust*

By:     *s/Patrick Collins*
        Patrick Collins, Esq.
        400 RXR Plaza
        Uniondale, New York 11556
        Tel. (516) 277- 0649

2